# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 4:98CR00114-001 |
| Melvin Summerville | ) |
| *Defendant* | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: December 21, 2011

*Defendant's signature*

Gregory S. Park, MSB #9419
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi 38655
greg_park@fd.org
(662) 236-2889
(662) 234-0438